UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFANIE BROOKS, et al

       Plaintiff(s),

vs.

Case No. 12-13599

HON. GEORGE CARAM STEEH

WATSON HOME HEALTH CARE, INC.,

       Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Following a settlement conference the court placed an agreement resolving this matter on the record, and accordingly

This case hereby is DISMISSED WITHOUT PREJUDICE. The court retains jurisdiction to enforce the terms of the settlement agreement. Following consummation of the settlement the parties may submit an Order dismissing this cause with prejudice and without costs.

SO ORDERED.

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

Dated: April 3, 2013

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
April 3, 2013 by electronic mail.

       s/Marcia Beauchemin
       Deputy Clerk